# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KIMBERLY ANN DICK**                                                                 **PLAINTIFF**

**V.**                   **NO. 4:20-cv-00936-BRW-ERE**

**COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                           **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration of the Recommendation and the entire record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment is entered in favor of the Defendant.

DATED this 13th day of July, 2021.

                                            Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE